**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>HEEL, INC. and JOHN DOES 1-10,<br><br>    Defendants. | Case No.: 3:12-cv-01470<br><br>Hon. Jack Zouhary |

## MOTION FOR ADMISSION PRO HAC VICE

Defendant, Heel, Inc. ("Heel") and Attorney Christine E. Mayle, a member in good standing of the bar of this Court, move under Local Civil Rule 83.5(h) for the admission *pro hac vice* of Molly K. McGinley of K&L Gates LLP to join in the representation of Heel in this action. This Motion is further supported by the Affidavit of Molly K. McGinley filed herewith. The appropriate fees have been paid to the Clerk of the Court.

            Respectfully submitted,

            */s/ Christine E. Mayle*
            Christine E. Mayle (0078973)
            Andrew E. Miller (0082353)
            THACKER MARTINSEK LPA
            3235 Levis Commons Blvd.
            Perrysburg, OH 43551
            Telephone: (419) 931-6910
            Facsimile: (419) 931-6911
            cmayle@tmlpa.com
            dmiller@tmlpa.com

            *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically this 29th day of June, 2012 in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System. The parties may access this filing through the Court's Electronic Case Filing System.

                                        Respectfully submitted,

                                        */s/ Christine E. Mayle*
                                        Christine E. Mayle (0078973)