IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sandusky Wellness Center, LLC,           Case No. 3:12 CV 1470

            Plaintiff,           <u>JUDGMENT ENTRY</u>

     -vs-           JUDGE JACK ZOUHARY

Heel, Inc.,

            Defendant.

     This Court having contemporaneously filed its Final Approval Order and Judgment of Class Wide Settlement (Doc. 95), orders this case dismissed.

     IT IS SO ORDERED.

                                           s/ *Jack Zouhary*
                                 JACK ZOUHARY
                                 U. S. DISTRICT JUDGE

                                 April 25, 2014